AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:26MJ321 |
| | ) | |
| | ) | |
| Jose Gerardo Ruiz Alonso | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 21, 2026 _____ in the county of _____ Douglas _____ in the _____ District of _____ Nebraska _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.G. § 922(g)(5)(A) | Defendant, being an alien illegally and unlawfully in the United States, possessed in and affecting commerce a firearm, described as a a Glock 10mm handgun with a serial number of BWMS305, which had been shipped and transported in interstate commerce. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thane Palmer, FBI Special Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  7/21/2026 _____

_____
*Judge's signature*

City and state:         Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Thane Palmer, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am a Special Agent with the Federal Bureau of Investigation and have been since January 2020. I attended New Agent training at the FBI Academy in Quantico, Virginia. In conducting my official duties, I have authored affidavits in support of search warrants and criminal complaints. I have participated in controlled substance investigations of alleged criminal violations of the Controlled Substances Act laws. I have participated in investigations involving the purchase of controlled substances and firearms from suspected narcotics and weapons traffickers using confidential sources. I have participated in the execution of search warrants for firearms, controlled substances, the proceeds, and documentary evidence of drug and weapons trafficking. I have conducted surveillance in connection with these investigations. Through the course of these investigations, I have personally interviewed confidential sources and persons arrested for the distribution of illegal drugs and the possession of firearms.  My training and experience as a Special Agent, my participation in the investigation of weapons and drug trafficking organizations, my conversations with known weapons and drug traffickers, and my conversations with other law enforcement officials familiar with weapons and drug trafficking and money laundering, form the basis of my opinions and conclusions set forth below which I drew from the facts set forth herein. I am familiar with weapons and drug traffickers' methods of operation including the sale, storage, and transportation of controlled substances and weapons,

and the collection of monetary proceeds of weapons and drug trafficking and methods of money laundering used to conceal the nature of the proceeds.

2.      I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation, and, in part, based upon information from the following sources:

a    Oral and written reports about this investigation and others I have received from other Special Agents and other law enforcement officers, agents and agencies in the United States;

b    Physical surveillance conducted by federal agents or local law enforcement agents, which observations have been reported to me either directly or indirectly;

c    A review of statements of cooperating sources of information

## PURPOSE OF THE AFFIDAVIT

3.      I make this affidavit in support of a criminal complaint charging JOSE GERARDO RUIZ ALONSO (RUIZ) (dob: xx/xx/1989) with violations of Title 18, United States Code, Section 922(g) for possession of a firearm and/or ammunition by a prohibited person.

## PROBABLE CAUSE

4.      Beginning in September of 2025, the FBI's Homeland Security Task Force began investigating Jose Gerardo Ruiz Alonso (RUIZ) for firearms trafficking and trade-based money laundering. In September of 2025, the FBI was contacted by a First National Bank of Omaha (FNBO) Financial Crimes Analyst. The FNBO Analyst identified an FNBO account engaging in activities resembling trade-based money laundering and wanted to share the intelligence with FBI Omaha. The account identified by FNBO was held by a business Manuelitools LLC, with an owner/authorized signer Jose G Ruiz Alonso.

5.      The FBI was able to develop a Confidential Human Informant (CHS) that reported that RUIZ was illegally in the United States and was potentially involved in gun trafficking. Agents were able to verify RUIZ's identity and illegal status.

6.      In verifying RUIZ's status to own and sell firearms, Agents contacted the Department of Homeland Security who confirmed RUIZ is a deportable subject who crossed into the United States in 2012 and appeared to have overstayed his B2 tourist visa. Immigration checks run as recently as July 14, 2026, show that Ruiz is not legally in the United States and appears to be subject to removal proceedings.

7.      On July 10, 2026, the CHS at the direction of Handling Agents arranged to meet RUIZ at his business, Manuelitools LLC, located at 5934 S 25th Street, Omaha, NE for the purpose of purchasing a firearm. Prior to the meeting, the CHS met with Agents at a predetermined location. The CHS and his/her vehicle were searched for drugs, firearms and/or contraband, none were located. The CHS was then provided with $1,500.00 of funds to purchase firearms and was equipped with an electronic monitoring device in order to monitor and record the transaction. To note, the monitoring devices provided to the CHS allowed Officers to view live both the audio and video of the following transaction. The CHS was followed by surveillance officers to 5934 S 25th Street, Omaha, NE. Prior to CHS arriving, surveillance officers who were already in place monitoring 5934 S 25th Street, Omaha, NE observed RUIZ arrive in a grey Dodge Ram truck. Upon arriving, RUIZ exited his vehicle and met with the CHS. Another unknown Hispanic male was observed to be at the business as well. RUIZ and the CHS entered the business, and RUIZ took the CHS to a large multiple-gun safe that is located within the business. The safe was already opened and appeared to contain a large number of firearms to include both handguns and rifles. RUIZ and the CHS talk about several of the firearms and the prices that RUIZ would be willing

to sell them for. During this transaction, RUIZ and the CHS enter another room of the warehouse where at least 15 handguns are seen on a counter in the room. The CHS arranged to buy three handguns for $1,500.00. RUIZ sold the CHS the handguns, providing him/her with two cases to store the guns and magazines for each gun. While in business, the CHS observed boxes of ammunition and firearms that were stored in locations other than the large safe.

8. After the transaction, RUIZ told the CHS that he was going to Nebraska City to buy an AR15 rifle at a gun show. RUIZ was observed leaving the business with the CHS, and both entered their vehicles and departed the area. The CHS departed the business and was followed by officers back to a predetermined brief location. The CHS provided all three handguns to Handling Agents. All three handguns were transported to the FBI Omaha Field Office and booked into FBI evidence. After booking the firearms, an ATF eTrace was conducted on the firearms and one, a Rock Island Armory M1911 45 Caliber Handgun with a serial number of RIA2943202, was found to have been manufactured outside state of Nebraska.

9. On July 15, 2026, the FBI obtained federal search warrants signed in the District of Nebraska for RUIZ's residence located at 3440 Sahler Street, Omaha, NE and his business located at 5934 S 25th Street, Omaha, NE. These search warrants were both executed on July 21, 2026.

10. As a result of the search warrants, approximately 71 firearms were seized from 5934 S 25th Street, Omaha, NE along with several hundred rounds of ammunition. Another two firearms and a small amount of ammunition were seized from the residence located at 3440 Sahler Street, Omaha, NE. Many of the firearms, to include a Glock 10mm handgun with a serial number of BWMS305, were found to have been manufactured outside of the state of Nebraska. Below are photos of a sampling of the firearms seized in the searches:





11.     At the time of the searches, RUIZ was located and detained at the S 25th Street address. During a post-Miranda interview, RUIZ told Agents that he was illegally in the United States and that he knew that he was prohibited from owning and possessing firearms. RUIZ had obtained the firearms mainly through parking lot deals at gun shows/markets where he did not have to show any identification. RUIZ has obtained some of the firearms through his cousin who can legally buy the guns and give them to RUIZ.

12.     Based upon the above facts and circumstances, your affiant believes sufficient probable cause exists to authorize a warrant for the arrest of RUIZ for violations of Title 18, United States Code, Section 922(g) for possession of a firearm and/or ammunition by a prohibited person.

Respectfully submitted,

_____

Thane Palmer
FBI Special Agent

Sworn to before me by telephone or other reliable electronic means on July 21, 2026.

_____

MICHAEL D. NELSON
United States Magistrate Judge