IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE GERARDO RUIZ ALONSO,

Defendant.

**EXHIBIT LIST**

Case No.    8:26MJ321
Deputy:     Sara Pankoke
Reporter:   Digital Recorder
Date:       July 31, 2026

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Criminal Complaint with supporting Affidavit | X | | X | | 7/31/2026 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)

1