IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE GERARDO RUIZ ALONSO,

Defendant.

**WITNESS LIST**

Case No.   8:26MJ321
Deputy:    Sara Pankoke
Reporter:  Digital Recorder
Date:      July 31, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Thane Bryant Palmer | July 31, 2026 |
| | |

FOR DEFENDANT:

| Name | Date |
|---|---|
| | |
| | |